JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL RABASCO, an individual, | ) Case No. SACV14-00751 JLS (ANx) |
| Plaintiff, | ) |
| vs. | ) **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| BANK OF AMERICA, NATIONAL ASSOCIATION, and DOES 1 through 25, | ) Before The Honorable Josephine L. Staton |
| Defendants. | ) State Action Filed: April 4, 2014<br>) Action Removed: May 14, 2014 |

# **ORDER**

Pursuant to the parties' Stipulation of Dismissal of Entire Action With Prejudice, and good cause appearing, IT IS HEREBY ORDERED:

1. That the above-captioned case be dismissed with prejudice as to all claims, causes of action and Defendants, in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Each party shall bear its/her own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 23, 2014

JOSEPHINE L. STATON
Honorable Josephine L. Staton
UNITED STATES DISTRICT JUDGE